THOMAS A. WALDMAN, ESQ. (TW/7147)
GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Ave., Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
*Attorneys for Nancy Isaacson, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MEHRAN MEHRNIA, | : | CASE NO. 14-11244(VFP) |
| | : | |
| Debtor. | : | Chapter 7 |

---

**NOTICE OF MOTION FOR APPROVAL OF PRIVATE SALE OF ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 2 PINE HILL ROAD, DEMAREST, NEW JERSEY, PURSUANT TO 11 U.S.C. § 363(b), FED. BANKR. R 6004 AND D.N.J. LBR 6004-1**

**TO:** All Creditors, the United States Trustee and Other Interested Parties Appearing on the Attached Service List

**PLEASE TAKE NOTICE** that on October 25, 2016 at 10:00 o'clock in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Nancy Isaacson, Chapter 7 Trustee (the "Trustee") for the estate of Mehran Mehrnia ("Debtor"), shall apply to the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, pursuant to Section 363(b) of the United States Bankruptcy Code, Rule 6004 of the Federal Rules of Bankruptcy Procedure and Rule 6004-1 of the District of New Jersey Local Bankruptcy Rules for entry of an order approving the private sale subject to all liens, claims and encumbrances, of the bankruptcy estate's interest in real property located at 2 Pine Hill Road, Demarest, New Jersey to Debtor's spouse, and co-owner of the property, Leila Mehrnia.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Trustee shall rely upon the Certification of Nancy Isaacson. In addition, a proposed form of order approving the proposed private sale is submitted herewith

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-2(a)(2) of the District of New Jersey Local Bankruptcy Rules, any opposition to the within motion must be filed and served seven days in advance of the scheduled hearing date.

GREENBAUM ROWE SMITH & DAVIS, LLP  
Attorneys for Trustee

   /s/ Thomas A. Waldman  
     THOMAS A. WALDMAN

Dated: September 21, 2016

Case 14-11244-VFP    Doc 172    Filed 09/21/16    Entered 09/21/16 16:42:12    Desc Main
Document    Page 3 of 3

## SERVICE LIST

United States Trustee's Office
One Newark Center
Raymond Boulevard
Suite 2100
Newark, New Jersey 07102

Mehran Mehrnia, Debtor
2 Pine Hill Road
Demarest NJ 07627

Leila Mehrnia
2 Pine Hill Road
Demarest, NJ 07627
Purchaser

Jeffrey A. Bronster, Esq.
17 Wendell Place
Fairview, NJ 07022
Attorney for Debtor

Robert L, Saldutti, Esq.
Rebecca McDowell, Esq.
Saldutti Law Group
800 Kings Highway North Suite 300
Cherry Hill, NJ 08034
Summit, NJ 07901
Attorneys for Creditor Customers Bank

Umar Sheikh, Esq.
Mandlebaum Salzberg
Address
Roseland, NJ 07068
Attorney for Max Parangi

All Creditors Appearing on Claims Register