UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br> Mehran Mehrnia | Case No.: _____14-11244_____ <br><br> Judge: ___Vincent F. Papalia___ <br><br> Chapter: _____7_____ |

## ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having noted that _____Mehran Mehrnia_____, the debtor(s) in this case was discharged on _____1/9/2017_____, and that the discharge must be vacated for the reason(s) stated below:

&#10063;      Debtor(s) received a discharge in this case on _____,

&#10063;      Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

&#10064;      Adversary Proceeding number ____15-1909____ objecting to the debtor's discharge is pending, `Discharge entered due to administrative error.`

&#10063;      Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

&#10063;      Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently du have been paid,

&#10063;      The filing fee due in this case has not been paid in full,

&#10063;      Other: _____,

IT IS ORDERED that said discharge order is vacated.

*Rev. 4/22/08; jml*

2