Form 152 – ntcvacodischg

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14–11244–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mehran Mehrnia
2 Pine Hill Road
Demarest, NJ 07627

Social Security No.:
xxx–xx–3797

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISCHARGE

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 1/9/2017 as to

☑ debtor
☐ joint debtor

has been vacated effective 1/11/2017.

Dated: January 12, 2017
JAN: jf

Jeanne Naughton
Clerk